# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WW22 | 9693920 | Robinson | S-156 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 07/05/2024 0654
Offense Charged: ☒ USC
8 USC 1325(a)

Place of Offense: 1300 E Boundary Rd. Lynden, WA 98264

Offense Description: Improper entry by an alien - 1st offense

### DEFENDANT INFORMATION
Last Name: Vaghela
First Name: Ajaysinh
M.I.: K

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50.00 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov
$ 80.00 Total Collateral Due

X Defendant Signature: [signature]
Original - CVB Copy

*9693920*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 05, 2024 while exercising my duties as a law enforcement officer in the Western District of Washington

See attached Probable cause statement
G1660C

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/05/2024  [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident